Company.— Motion for reargument denied. No opinion.

The People of the State of New York ex rel. Peter Binpo v. John Hoag, County Treasurer. — Order affirmed. No opinion. Dykman, J., not sitting.

The People of the State of New York ex rel. Jeremiah J. Cronin, Appellant, v. William J. Buttling, Sheriff, Respondent.— Order af-

firmed on the opinion of Justice Cullen in the case of *People* v. *Jeremiah J. Cronin.* Brown, P. J., not sitting.

The People of the State of New York ex rel. John J. McIntyre, Appellant, v. William J. Buttling, Sheriff, Respondent.— Order affirmed on the opinion of Justice Cullen in the case of *People* v. *Jeremiah J. Cronin.* Brown, P. J., not sitting.

---

# FOURTH DEPARTMENT, SEPTEMBER TERM, 1894.

Emma F. M. Ayres v. The Delaware, Lackawanna and Western Railway Company.— Motion denied.

The People of the State of New York, Respondent, v. Henry Brockett, Appellant.— Plaintiff allowed twenty days in which to make a case and serve upon the district attorney, and the district attorney allowed ten days in which to propose amendments. If case is not so made and served, conviction and judgment of the Herkimer Sessions affirmed.

Mary A. Dowd, Appellant, v. Dudley B. Smith, Respondent.— Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. David Aldridge, as Superintendent of the Poor of Oneida county, Appellant, v. John P. Hughes, Respondent.— Order affirmed.

Mary E. Beckwith, as Administratrix, etc., Appellant, v. New York, Ontario and Western Railroad Company, Respondent.— Judgment and order reversed and a new trial ordered, with costs to abide the event. *Held,* that whether the intestate was free from contributory negligence and whether defendant was guilty of negligence were questions of fact which should have been submitted to the jury.

In the Matter of the Accounting of Clarence M. Bates, as Executor of Uriah Baxter, Deceased, Appellant, v. Maria M. Bailey, Respondent.— Decree of the Surrogate's Court so far as appealed from affirmed, without costs to either party of the appeal.

The People of the State of New York ex rel. Le Roy Maxon, Appellant, v. John C. Schrieber, as Sheriff of Oneida county, Respondent.— Order affirmed. (See Code Civ. Proc. § 2016; *The People* v. *Cavanah,* 2 Park. Cr. Rep. 650; 9 Am. & Eng. Ency. of Law, 228.)

Charles Hargin, Appellant, v. Delos Haring, Respondent.— Order reversed, with costs to the appellant to abide the event, and motion for a new trial granted.

John D. W. Darling, Respondent, v. William Waterson, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

James P. Hart, Respondent, v. Montrose B. Buck, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Elvira B. Gates and Others, Respondents, v. Samuel E. Welch and Others, Appellants.— Interlocutory judgment affirmed, with costs, and leave granted to appellants to withdraw their demurrers and answer upon payment of the costs of the demurrers, and one bill of costs on appeal.

Jesse Reed, Respondent, v. Norman Petrie, Appellant.—Judgment and order affirmed, with costs.

Wilson H. Gardenier, Appellant, v. Amos Allport and Others. Respondents.— Decision and interlocutory judgment affirmed, with costs.

Wilson H. Gardenier, Appellant, v. Charles N. Bulger, Impleaded, etc., Respondent.— De-

cision and interlocutory judgment affirmed, with costs.

Clarence W. Wood, Respondent, v. Sidney Sash, Blind and Furniture Company, Appellant.— Order reversed, with ten dollars costs and disbursements, motions denied, with ten dollars costs.—

PER CURIAM: Without passing upon the questions raised by the demurrers herein, we are of the opinion that they were not so clearly without foundation as to justify the Special Term in holding them frivolous. (*Cook* v. *Warren,* 88 N. Y. 37.)

In the Matter of the Final Accounting of John Clover, Assignee, etc., of Miller & Allen; Charles H. Zimmerman, as Receiver, Appellant, v. Charles A. Miller, Respondent.— So much of the decree as is appealed from affirmed, without costs to either party. Merwin, J., not voting. *Held,* that no exception is presented by the appeal book which would justify a reversal.

Mary Haight, Respondent, v. John H. Townsend, as Administrator, etc., Appellant.— Judgment reversed, and a new trial ordered, with costs to abide the event, unless the plaintiff shall stipulate to reduce the judgment as to damages to the sum of $393, and interest thereon from November 23, 1892, in which event the judgment, as so modified, is affirmed, without costs of the appeal to either party.

Harry A. Knowlton, Respondent, v. Elizabeth Knowlton, Appellant.—Judgment affirmed, without costs to either party.

In the Matter of William Morris, an alleged Lunatic; Elizabeth H. Morris, Respondent, v. William Morris and Gabriella Miller, Appellants.— Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of the Soldiers' Home for Money Deposited with the State Treasurer; The People of the State of New York, Appellant, v. The Soldiers' Home of Washington, D. C., Respondent.— Order reversed and motion denied. *Held,* that the act of Congress should not be construed to apply to money which had been actually paid over to the soldier.

The Tioga National Bank, Respondent, v. Charles Davis, as Receiver of the Elmira National Bank, Appellant. — Judgment affirmed, with costs.

In the Matter of the Application of the New York Central and Hudson River Railroad Company, Respondent, v. Harry S. Patten, an Attorney and Counselor at Law, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Jesse W. Amey, Respondent, v. The Knights of Sobriety, Fidelity and Integrity, Appellants.— Judgment and order affirmed, with costs.

Patrick Hickey, Respondent, v. Oswego Street Railway Company, Appellant.— Judgment and order reversed and a new trial ordered, with costs to abide the event. *Held,* (1) it